1012

No. 85–876.   VICARS *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA (EPPLER ET AL., REAL PARTIES IN INTEREST).   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 85–884.   BANKS ET AL. *v.* PAN AMERICAN WORLD AIRWAYS, INC., ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 85–897.   KOWALCHUK *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 85–904.   HERFORD *v.* SUN PIPE LINE CO.   C. A. 5th Cir.   Certiorari denied.

No. 85–907.   FROMM ET AL. *v.* ROSEWELL, TREASURER OF COOK COUNTY, ILLINOIS, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 85–924.   MURPHY *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 85–927.   SHOKRIAN *v.* CARROLL, SUPERINTENDENT OF PRISONS, DEPARTMENT OF CORRECTIONS OF CALIFORNIA.   C. A. 9th Cir.   Certiorari denied.

No. 85–930.   CHAMBLESS ET UX. *v.* MASTERS, MATES & PILOTS PENSION PLAN ET AL.; and
No. 85–1097.   MASTERS, MATES & PILOTS PENSION PLAN ET AL. *v.* CHAMBLESS ET UX.   C. A. 2d Cir.   Certiorari denied.   Reported below: 772 F. 2d 1032.

No. 85–935.   JONES *v.* ILLINOIS.   App. Ct. Ill., 2d Dist.   Certiorari denied.

No. 85–938.   ROSS *v.* ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 85–940.   DE LUCA *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 85–942.   FERN *v.* FERN.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 85–950.   MARCHANT *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.